■ TEUDYS MONTALVO (SENIOR), Individually and as Guardian and Natural Parent of TEUDYS MONTALVO (JUNIOR), an Infant, et al., Appellants, v. CITY OF NEW YORK, Respondent. (And Another Title.) — In a medical malpractice action to recover damages for personal injuries, etc., plaintiffs appeal from so much of an order of the Supreme Court, Kings County, dated November 28, 1973, as denied the branches of their motion which was to amend their notice of claim against the defendant city of New York and also the complaint in their action against said defendant. Order reversed, insofar as appealed from, on consent, and, with $20 costs and disbursements to appellant against respondent City of New York. In a letter to this court, dated March 29, 1974, respondent City of New York conceded that the proposed amendments to the notice of claim and the complaint against it "would merely 'clarify' the legal basis upon which they [appellants] would seek to impose liability upon the City" and that "in fact such amendments would not prejudice the City. Accordingly, we do not oppose reversal in this case and the entry of an order allowing such amendments." Hopkins, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER J. BOYD, Appellant.— Judgment of the Supreme Court, Queens County, rendered March 15, 1974, affirmed. No opinion. The case is remanded to the Supreme Court, Queens County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Latham, Shapiro, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY GRANITO, RAMON CORREA and JOHN LEMMO, Appellants.— Three judgments (one as to each appellant) of the Supreme Court, Queens County, all rendered January 17, 1974, affirmed. No opinion. Order of the same court, dated October 16, 1973, affirmed (cf. People v. Spinelli, 42 A D 2d 64). Hopkins, Acting P. J., Latham, Shapiro, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL OLKER, Appellant.— Judgment of the County Court, Nassau County, rendered May 4, 1973, affirmed (CPL 470.05, subd. 1). Hopkins, Acting P. J., Martuscello, Latham, Christ and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BRUCE A. PIERCE and GARY O. SHELDON, Appellants.— Two judgments (one as to each appellant) of the County Court, Dutchess County, both rendered November 29, 1973, affirmed. No opinion. The case is remitted to the County Court, Dutchess County, for proceedings to direct appellants to surrender themselves to said court in order that execution of the judgments be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Martuscello, Latham, Christ and Munder, JJ., concur.